JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ALEJANDRO C. SEQUEIRA RUIZ, an individual, appearing on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JCP LOGISTICS, INC., a Delaware corporation; J.C. PENNEY COMPANY, INC., a Delaware corporation; and DOES 1–25,<br><br>Defendants. | Case No. 8:13-cv-01908-JLS-ANx<br><br>**FINAL JUDGMENT** |

On August 12, 2016 the Court granted Plaintiff Alejandro C. Sequeira Ruiz's Motions for Final Approval of Class Action Settlement and for Attorneys' Fees, Costs, and Awards. (Final Approval Order, Doc. 52.) The Court hereby finds and orders as follows:

1. The Court has jurisdiction over the subject matter of this action, the Class Representatives, and the Class Members as defined in the Settlement Agreement.

2. The Court grants final approval of class certification, for purposes of settlement only, of the Class as defined in the Settlement Agreement.

3. The Court determines that all Participating Settlement Class Members are bound by this Final Judgment.

4. The Court grants final approval of the Settlement Agreement, which it determines to be fair, reasonable, and adequate under the circumstances.

5. This case is dismissed with prejudice.

6. The Court approves the Gross Settlement Amount of $900,000 as fair, reasonable and adequate.

7. The Court orders and directs Defendants to deposit with the Settlement Administrator, by the date set forth in the Settlement, the Gross Settlement Amount of $900,000, to be distributed and paid as required by this Final Judgment.

8. The Court approves and directs the payment to Plaintiff as Class Representative, by the date set forth in the Settlement, of a Service Award in the amount of $6,000.

9. The Court approves and directs the payment to Class Counsel, by the date set forth in the Settlement, of $270,000 in attorneys' fees based on an award of 30% of the Gross Settlement Amount.

10. The Court approves and directs the payment to Class Counsel, by the date set forth in the Settlement, of $30,000 in actual litigation costs and expenses.

11.     The Court approves and directs the payment to CPT Group, Inc. as Settlement Administrator, by the date set forth in the Settlement, of $17,500 as the fees and costs of settlement administration.

12.     The Court approves and directs the payment to the California Labor and Workforce Development Agency, by the date set forth in the Settlement, of $6,000 representing its 75% share of the recovery of civil penalties under the Settlement attributable to the California Labor Code Private Attorneys General Act of 2004, Labor Code Section 2698 *et seq*.

13.     The Court approves and directs payment from the Net Settlement Amount of $570,500, by the date set forth in the Settlement, in Individual Settlement Payments to Participating Settlement Class Members as determined by the Settlement Administrator in accordance with the terms of the Settlement.

14.     This Final Judgment shall have *res judicata* effect and bar Plaintiff and each Participating Settlement Class Member from bringing any claim, case, or action asserting any "Released Claims" as defined in the Settlement.

15.     This Court shall retain jurisdiction to enforce the terms of the Settlement for one year from the date of this Final Judgment.

16.     This document shall constitute a judgment for purposes of Rule 59 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: August 26, 2016

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE